# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES BOWIE

VERSUS

KNIGHT TRANSPORTATION, INC

NO.   2025 CW 0653

**OCTOBER 23, 2025**

---

In Re:    Knight Transportation, Inc. and Sedgwick, applying for
supervisory writs, Office of Workers' Compensation,
District 6, No. 24-02798.

---

**BEFORE: McCLENDON, C.J., LANIER, GREENE, STROMBERG AND FIELDS, JJ.**

**WRIT GRANTED.** The Office of Workers' Compensation's February 18, 2025 judgment which overruled Defendants', Knight Transportation, Inc. and Sedgwick, Exception of Lack of Subject Matter Jurisdiction is reversed. The determination as to whether a claimant was working under a contract of hire made in Louisiana, pursuant to La. R.S. 23:1035.1, is a factual one. **Jackson v. Royal T Energy, LLC,** 50,645 (La. App. 2d Cir. 6/22/16), 197 So.3d 706, 709, writ denied, 2016-1383 (La. 11/7/16), 209 So.3d 99. The facts relevant to this inquiry are undisputed that plaintiff, James Bowie, travelled to Mississippi to complete pre-employment paperwork, drug testing, and a driving test, etc.; was dispatched to multiple states, including Louisiana, from Mississippi; and the conditional offer stated he was not officially hired until the pre-employment conditions had been met. These facts show that a contract of hire was not made in Louisiana under La. R.S. 23:1035.1. Therefore, Defendants' Exception of Lack of Subject Matter Jurisdiction is granted and plaintiff's claims are dismissed without prejudice.

**WIL**
**HG**
**TPS**
**WEF**

**McClendon, C.J.,** dissents and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT